Office of
Consumer
Credit
Commissioner
Consumer Helpline: (800) 538-1579





En Español
Searches
Who We Are
News Releases & Publications
Consumer Brochures
Speakers & Presentations
Legal Statutes & Rules
Interest Rates
Licensing/Forms
Links
Employment
Contact Us
Home

## Search Results

**Master Licensee:** AUTO UNDERWRITERS PORTFOLIO ACQUISITION COMPANY INC
**DBA Operating Name:**

**License - Number:** 51757
**Type:** Motor Vehicle Sales Finance
**Date:** 12/17/2007
**Status:** Active

**Location - Address:** 17000 N DALLAS PKWY ST E202
**City:** DALLAS **State:** TX **Zip:** 75248

**07 C 7160**

**JUDGE COAR**
**MAGISTRATE JUDGE COX**

Return to Listing Page

State of Texas / TRAIL (Texas Records and Information Locator)
Texas Finance Commission / Department of Information Resources
Sunset Advisory Commission / Privacy Policy
Open Records Requests







PLAINTIFF'S EXHIBIT
D

# REDACTED

**From:** Danielle Penhall [mailto:Danielle.Penhall@occc.state.tx.us]
**Sent:** Tuesday, December 18, 2007 2:16 PM
**To:** Christina Masso
**Subject:** RE: Auto Underwriters PortfolioAcquisition Company

Our office has been unable to contact Michele Clark about the application.

Please let your client know that I received an approval of you license application today. The license number is 51757. The license will be mailed to you in a few weeks. You may verify the license on our website at http://168.39.159.59/default.asp.