**FILED**
**DECEMBER 20, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **AUTO UNDERWRITERS PORTFOLIO ACQUISITION COMPANY, INC.**, a Texas corporation; **AUTO UNDERWRITERS FINANCE COMPANY, INC.**, a Texas corporation; **AUTO UNDERWRITERS OF AMERICA, INC.**, a California corporation;<br><br>Plaintiffs,<br>vs.<br><br>AGM, LLC, a Delaware limited liability company.<br>Defendant. | **07 C 7160**<br><br>**JUDGE COAR**<br>**MAGISTRATE JUDGE COX** |

### PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiffs AUTO UNDERWRITERS PORTFOLIO ACQUISITION COMPANY, INC. (hereinafter individually referred to as "AUP"), AUTO UNDERWRITERS FINANCE COMPANY, INC. (hereinafter individually referred to as "AUF"), and AUTO UNDERWRITERS OF AMERICA, INC. (hereinafter individually referred to as "AUA") (collectively, the "Plaintiffs"), in the above captioned action, certifies that:

1. AUP is a wholly-owned subsidiary of AUA.

2. AUF is a wholly-owned subsidiary of AUA.

3. AUA is a publicly held company and owns the stock of AUP and AUF.

4. There are no parent corporations of AUA.

CH:201093v1

- 2 -

5. No publicly held corporation holds 5% or more of the shares of any of the above-named Plaintiffs.

          Respectfully Submitted,

          EPSTEIN BECKER & GREEN, P.C.

          By:   /s/ Hans U. Stucki
                 Attorneys for Plaintiffs

Hans U. Stucki, Esq.
Corey M. Perman, Esq.
EPSTEIN BECKER & GREEN P.C.
150 North Michigan Ave. 35th Floor
Chicago, Illinois 60601-7553
Telephone:   312-499-1400
Facsimile:   312-845-1998

Dated: December 20, 2007

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 20th day of December, 2007, I caused a copy of the foregoing document to be filed electronically with the Clerk of the Court, pursuant to the amended General Order on Electronic Case Filing (07-0023) and the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF System under Fed. R. Civ. P. 5.  In addition, I have furnished a copy of this document to known Counsel for Defendant, Zack Wagman, Esquire, Katten Muchin Rosenman, LLP, 525 West Monroe Street, Chicago, Illinois 60661-3693, by regular mail (without exhibits) and electronic mail (with exhibits), this 20th day of December, 2007.

                      By: /s/ Hans U. Stucki