# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 C 7160 |
|---|---|

**AUTO UNDERWRITERS PORTFOLIO ACQUISITION COMPANY, INC., a Texas corporation, AUTO UNDERWRITERS FINANCE COMPANY, INC., a Texas Corporation, AUTO UNDERWRITERS OF AMERICA, a California corporation,**
vs.

**AGM, LLC, a Delaware Limited Liability Company**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**AGM, LLC**

| Name (Type or print) |
|---|
| **David J. Stagman** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ David J. Stagman |
| FIRM |
| Katten Muchin Rosenman LLP |
| STREET ADDRESS |
| 525 W. Monroe Street |
| CITY/STATE/ZIP |
| Chicago, IL  60661 |

| ID NUMBER (SEE ITEM 2 IN INSTRUCTIONS | TELEPHONE NUMBER |
|---|---|
| 6217440 | 312/902- 5200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL  ☐            APPOINTED COUNSEL  ☐