IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AUTO UNDERWRITERS PORTFOLIO ACQUISITION COMPANY, INC., a Texas corporation, AUTO UNDERWRITERS FINANCE COMPANY, INC., a Texas Corporation, AUTO UNDERWRITERS OF AMERICA, a California corporation,<br><br>                Plaintiffs,<br><br>   v.<br><br>AGM, LLC, a Delaware limited liability company,<br><br>                Defendant. | Case Number 07 C 7160<br><br>**Honorable Judge David H. Coar** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, January 17, 2008, at 9:00 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge David H. Coar, or any Judge sitting in his place or stead, in Courtroom 1419 of the United States Courthouse, 219 Dearborn Street, Chicago, Illinois, and, present this AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT, a copy of which is hereby served upon you.

Dated: January 9, 2008

                /s/ David J. Stagman
David J. Stagman
I.D. # 6217440
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Suite 1900
Chicago, Illinois 60661-3693
(312) 902-5200

*Attorney for Defendant AGM, LLC*