**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

| | |
|---|---|
| Auto Underwriters Portfolio Acquisition Company, Inc., et al. | |
| Plaintiff, | |
| v. | Case No.: 1:07−cv−07160 |
| | Honorable David H. Coar |
| AGM, LLC | |
| Defendant. | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 11, 2008:

MINUTE entry before Judge David H. Coar :MOTION by Defendant AGM, LLC for extension of time to file answer [10] is granted. Leave granted the defendants to file an answer on or before 2/8/2008. This is a final extensions, no further extensions will be allowed.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.