IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AUTO UNDERWRITERS PORTFOLIO ACQUISITION COMPANY, INC., a Texas corporation, AUTO UNDERWRITERS FINANCE COMPANY, INC., a Texas Corporation, AUTO UNDERWRITERS OF AMERICA, a California corporation, | ) ) ) ) ) ) ) | Case Number 07 C 7160 |
| | ) | **Honorable Judge David H. Coar** |
| Plaintiffs, | ) ) | |
| v. | ) ) | **Magistrate Judge Susan E. Cox** |
| AGM, LLC, a Delaware limited liability company, | ) ) ) | |
| Defendant. | ) ) | |

**MOTION TO DISMISS FOR LACK OF SUBJECT
MATTER JURISDICTION PURSUANT TO F.R.C.P. 12(B)(1)**

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Defendant AGM, LLC

("AGM" or "Defendant"), through its attorneys, hereby respectfully moves this Court to dismiss

Plaintiffs' complaint with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(1), for lack of

subject matter jurisdiction.  In support of its motion, Defendant submits herewith its Memorandum

in Support and the Declaration of Gregory Bell.

DATED:  February 8, 2008

__/s/ David J. Stagman
David J. Stagman
I.D. # 6217440
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street, Suite 1900
Chicago, Illinois 60661
Telephone:  312-902-5200
Attorney for Defendant AGM, LLC