IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AUTO UNDERWRITERS PORTFOLIO ACQUISITION COMPANY, INC., a Texas corporation, AUTO UNDERWRITERS FINANCE COMPANY, INC., a Texas Corporation, AUTO UNDERWRITERS OF AMERICA, a California corporation, | ) ) ) ) ) ) ) | Case Number 07 C 7160 |
| Plaintiffs, | ) ) | **Honorable Judge David H. Coar** |
| v. | ) ) | **Magistrate Judge Susan E. Cox** |
| AGM, LLC, a Delaware limited liability company, | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:    Hans U. Stucki
        Epstein Becker & Green, P.C.
        150 North Michigan Avenue, 35th Floor
        Chicago, IL 60601-7553

     PLEASE TAKE NOTICE that on February 14, 2008, at 9:00 a.m., we shall appear before the Honorable David H. Coar, or any judge sitting in his stead in Room 1419 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and then and there present our *Motion to Dismiss For Lack Of Subject Matter Jurisdiction Pursuant To F.R.C.P. 12(b)(1)*, a copy of which is attached hereto and hereby served upon you.

DATED:  February 8, 2008                   __/s/ David J. Stagman
                                                          David J. Stagman
                                                          I.D. # 6217440
                                                          KATTEN MUCHIN ROSENMAN LLP
                                                          525 W. Monroe Street
                                                          Suite 1900
                                                          Chicago, Illinois 60661
                                                          Telephone:  312-902-5200
                                                          Attorney for Defendant AGM, LLC

## CERTIFICATE OF SERVICE

      I, David Stagman, an attorney, hereby certify that on February 8, 2008, I electronically filed the foregoing *Motion to Dismiss For Lack Of Subject Matter Jurisdiction Pursuant To F.R.C.P. 12(b)(1)*, Memorandum in Support and Notice thereof through the CM/ECF system for the United States District Court for the Northern District of Illinois, which will send a notice of electronic filing and serve the same on counsel of record below who are "Filing Users" within the meaning of the Court's General Order on Electronic Case Filing.

    Hans U. Stucki
    Epstein Becker & Green, P.C.
    150 North Michigan Avenue, 35th Floor
    Chicago, IL 60601-7553

                                                              /s/ David J. Stagman