IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AUTO UNDERWRITERS PORTFOLIO ACQUISITION COMPANY, INC., a Texas corporation, AUTO UNDERWRITERS FINANCE COMPANY, INC., a Texas Corporation, AUTO UNDERWRITERS OF AMERICA, a California corporation, | ) ) ) ) ) ) ) | Case Number 07 C 7160 |
| | ) | **Honorable Judge David H. Coar** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| AGM, LLC, a Delaware limited liability company, | ) ) ) ) | |
| Defendant. | ) | |

### DECLARATION OF GREGORY BELL

I, Gregory Bell, being first duly sworn upon oath, depose and state as follows:

1.      I am over 18 years of age and make this declaration based on my own personal knowledge, or on information and belief, where specified. I could and would testify to the matters set forth below if called upon to do so.

2.      I am currently employed as General Manager of AGM, LLC, a Delaware limited liability company, the defendant in this case. In that capacity, I am familiar with the members and organizational structure of AGM.

3.      The sole owner of AGM is Lancelot Investors Fund LP, a Delaware limited partnership.

4.      Lancelot Investors Fund LP has a general partner – Lancelot Investment Management LLC, a Delaware limited liability company – and numerous limited partners.

5.    I am President of the general partner, Lancelot Investment Management, LLC. In that capacity, I am familiar with Lancelot Investors Fund LP's organizational structure and its limited partners.

6.    At least one of the limited partners of Lancelot Investors Fund LP is a California resident. This information is easily ascertainable by me but is not publicly available information. To the contrary, the identity of Lancelot Investors Fund LP's limited partners – its investors – is treated as confidential information and Lancelot Investors Fund LP does not conduct partnership meetings or take other measures that could facilitate the dissemination of its investors' identities.

.

I declare under penalty of perjury that the foregoing is true and correct.

_____

Gregory Bell
General Manager, AGM, LLC

OFFICIAL SEAL
CHRISTINA L. WALD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES JUN. 14, 2011

Christina L. Wald

Executed: February 6, 2008