**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

| | |
|---|---|
| Auto Underwriters Portfolio Acquisition Company, Inc., et al. | |
| Plaintiff, | |
| v. | Case No.: 1:07−cv−07160 |
| | Honorable David H. Coar |
| AGM, LLC | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

MINUTE entry before Judge David H. Coar : Set deadlines/hearing as to motion to dismiss/lack of jurisdiction [13] : Responses due by 3/6/2008; Replies due by 3/20/2008. MOTION by Defendant AGM, LLC to dismiss for lack of jurisdiction[13] is set for a status hearing 4/3/2008 at 9:00 a.m. Sttus/Motion Hearing set for 4/3/2008 at 09:00 AM. Parties need not appear on the noticed motion date of 2/14/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.