IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AUTO UNDERWRITERS PORTFOLIO ACQUISITION COMPANY, INC., a Texas corporation, AUTO UNDERWRITERS FINANCE COMPANY, INC., a Texas Corporation, AUTO UNDERWRITERS OF AMERICA, a California corporation, | ) ) ) ) ) ) ) | Case Number 07 C 7160 |
| Plaintiffs, | ) ) ) | **Honorable Judge David H. Coar** |
| v. | ) ) | **Magistrate Judge Susan E. Cox** |
| AGM, LLC, a Delaware limited liability company, | ) ) ) ) | |
| Defendant. | ) | |

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Defendant AGM, LLC, through its attorneys, hereby states that it has no publicly held affiliates.

DATED:  March 14, 2008        \_\_/s/ David J. Stagman
　　　　　　　　　　　　　　　David J. Stagman
　　　　　　　　　　　　　　　I.D. # 6217440
　　　　　　　　　　　　　　　KATTEN MUCHIN ROSENMAN LLP
　　　　　　　　　　　　　　　525 W. Monroe Street
　　　　　　　　　　　　　　　Suite 1900
　　　　　　　　　　　　　　　Chicago, Illinois 60661
　　　　　　　　　　　　　　　Telephone:  312-902-5200
　　　　　　　　　　　　　　　Attorney for Defendant AGM, LLC

## **CERTIFICATE OF SERVICE**

      I, David Stagman, an attorney, hereby certify that on March 14, 2008, I electronically filed the foregoing *Defendant's Corporate Disclosure Statement* through the CM/ECF system for the United States District Court for the Northern District of Illinois, which will send a notice of electronic filing and serve the same on counsel of record below who are "Filing Users" within the meaning of the Court's General Order on Electronic Case Filing.

    Hans U. Stucki
    Epstein Becker & Green, P.C.
    150 North Michigan Avenue, 35th Floor
    Chicago, IL 60601-7553

                                                    /s/ David J. Stagman