IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AUTO UNDERWRITERS PORTFOLIO ACQUISITION COMPANY, INC., a Texas corporation, AUTO UNDERWRITERS FINANCE COMPANY, INC., a Texas Corporation, AUTO UNDERWRITERS OF AMERICA, a California corporation, | ) ) ) ) ) ) ) | Case Number 07 C 7160 |
| Plaintiffs, | ) ) ) | **Honorable Judge David H. Coar** |
| v. | ) ) | **Magistrate Judge Susan E. Cox** |
| AGM, LLC, a Delaware limited liability company, | ) ) ) ) | |
| Defendant. | ) | |

### DEFENDANT'S DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant AGM, LLC ("AGM"), through its attorneys, hereby states that its parent is Lancelot Investors Fund, LP. AGM has no parent corporation.

DATED: March 20, 2008

　　/s/ David J. Stagman
David J. Stagman
I.D. # 6217440
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Suite 1900
Chicago, Illinois 60661
Telephone: 312-902-5200
Attorney for Defendant AGM, LLC

## **CERTIFICATE OF SERVICE**

      I, David Stagman, an attorney, hereby certify that on March 20, 2008, I electronically filed the foregoing *Defendant's Disclosure Statement* through the CM/ECF system for the United States District Court for the Northern District of Illinois, which will send a notice of electronic filing and serve the same on counsel of record below who are "Filing Users" within the meaning of the Court's General Order on Electronic Case Filing.

    Hans U. Stucki
    Epstein Becker & Green, P.C.
    150 North Michigan Avenue, 35th Floor
    Chicago, IL 60601-7553

                                                                 /s/ David J. Stagman