


## LR3.2. Notification as to Affiliates
Local Rule

**Definition.** For purposes of this rule, Aaffiliate@ is defined to include:

A. In the case of a corporation, any entity owning more than 5% of the corporation.

B. In the case of a general partnership, joint venture, LLC, LLLP, or LLP, any member.

C. In the case of any other unincorporated association, any corporate member

If any such affiliate is itself a partnership, joint venture, LLC, LLLP, LLP or any other unincorporated association, its Aaffiliates@ (as defined above) shall also be included within the definition of Aaffiliate@

(a) WHO MUST FILE. Any nongovernmental party, other than an individual or sole proprietorship, shall file a statement identifying all its publicly held affiliates. If a non-governmental party has no publicly held affiliates, a statement shall be filed to that effect.

(b) TIME FOR FILING. A party must file the statement with the complaint or answer, or upon filing a motion, response, or petition, whichever occurs first. The statement is to be attached to the document being filed. A supplement to the statement shall be filed within a reasonable period of time of any change in the information reported.

Adopted April 20, 2007

---

**Note:** The court does not control nor can it guarantee the accuracy, relevance, timeliness, or completeness of this information. Neither is it intended to endorse any view expressed nor reflect its importance by inclusion in this site.

*#CMPID11*