# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Auto Underwriters Portfolio Acquisition Company, Inc., et al.

                                        Plaintiff,

v.

                                        Case No.: 1:07−cv−07160

                                        Honorable David H. Coar

AGM, LLC

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2008:

      MINUTE entry before Judge Honorable David H. Coar:Motion hearing held on 4/3/2008 regarding # 13. For the reasons stated on the record Motion [13] to dismiss for lack of jurisdiction is denied. Rule 16(b) Scheduling conference is set for May 13, 2008 at 9:00 a.m. Report of Parties Planning Conference pursuant to Rule 26(f) and the Proposed Scheduling Order pursuant to Rule 16(b) to be e−filed (both documents to be e−filed on the docket − forms of Report of Planning conference and Proposed Scheduling Order are available on the Courts web page or in chambers) Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.