**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Auto Underwriters Portfolio Acquisition Company, Inc., et al.

                              Plaintiff,

v.                                              Case No.: 1:07−cv−07160

                                              Honorable David H. Coar

AGM, LLC

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 8, 2008:

      MINUTE entry before Judge Honorable David H. Coar: The order of 4/3/2008 is amended to strike the date of 5/12/08 as the Rule 16(b) Scheduling Conference. The Rule 16(b) Scheduling Conference is currently set for 4/15/2008 at 09:00 AM. pursuant to the order of 3/12/2008 and shall remain as 4/15/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.