IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AUTO UNDERWRITERS PORTFOLIO ACQUISITION COMPANY, INC., a Texas corporation; AUTO UNDERWRITERS FINANCE COMPANY, INC., a Texas corporation; AUTO UNDERWRITERS OF AMERICA, INC., a California corporation;<br>　　　　　　　　　Plaintiffs,<br>vs.<br><br>AGM, LLC, a Delaware limited liability company<br>　　　　　　　　　Defendants. | Case No. 07 C 7160<br><br>**Honorable Judge David H. Coar**<br><br>**Magistrate Judge Susan E. Cox** |

**PROPOSED SCHEDULING ORDER**

1. **Discovery**

    The following time limits and deadlines should be applicable.

    A.   All disclosures required by Rule 26(a)(1) shall be made on or before May 5, 2008.

    B.   Any Amendments to pleadings or actions to join other parties shall be filed on or before May 23, 2008.

    C.   The cutoff of fact discovery is September 30, 2008.

    D.   The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before October 31, 2008.

    E.   The parties may depose the other side's expert at any time prior to December 5, 2008.

    F.   The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to December 19, 2008.

CH:215520v1

- 2 -

G. The parties shall have until January 16, 2009 to depose the opposing party's rebuttal expert.

**2. Motions**

Any dispositive motions to be filed on or before October 31, 2008.

**3. Final Pretrial Order and Conference**

The final pretrial order shall be filed on or before January 30, 2009.

The final pretrial conference will be held on _____ at _____ .m.

**4. Trial**

Trial is set in this matter on _____ at 10:00 a.m.

**5. Status Hearings**

A further status hearing/preliminary conference should be held on _____.

_____
Judge Coar
United States District Judge

Dated: April 10, 2008