IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AUTO UNDERWRITERS PORTFOLIO ACQUISITION COMPANY, INC., a Texas corporation, AUTO UNDERWRITERS FINANCE COMPANY, INC., a Texas Corporation, AUTO UNDERWRITERS OF AMERICA, a California corporation,<br><br>                  Plaintiffs,<br><br>    v.<br><br>AGM, LLC, a Delaware limited liability company,<br><br>                  Defendant. | Case Number 07 C 7160<br><br>**Honorable Judge David H. Coar** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, April 24, 2008, at 9:00 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge David H. Coar, or any Judge sitting in his place or stead, in Courtroom 1419 of the United States Courthouse, 219 Dearborn Street, Chicago, Illinois, and, present this AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT, a copy of which is hereby served upon you.

Dated: April 17, 2008

                                                                                                       /s/ David J. Stagman
                                                                   David J. Stagman
                                                                   I.D. # 6217440
                                                                   KATTEN MUCHIN ROSENMAN LLP
                                                                   525 West Monroe Street
                                                                   Suite 1900
                                                                   Chicago, Illinois 60661-3693
                                                                   (312) 902-5200
                                                                   E-mail: david.stagman@kattenlaw.com

                                                                   *Attorney for Defendant AGM, LLC*

## **CERTIFICATE OF SERVICE**

      I, David Stagman, an attorney, hereby certify that on April 17, 2008, I electronically filed the foregoing *AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT* and Notice thereof through the CM/ECF system for the United States District Court for the Northern District of Illinois, which will send a notice of electronic filing and serve the same on counsel of record below who are "Filing Users" within the meaning of the Court's General Order on Electronic Case Filing.

      Hans U. Stucki
      Epstein Becker & Green, P.C.
      150 North Michigan Avenue, 35th Floor
      Chicago, IL 60601-7553

and that I caused a copy to be sent via e-mail and by U.S. First-Class mail upon:

      Ian M. Sherman
      Dykema Gossett, PLLC
      10 South Wacker Drive
      Suite 2300
      Chicago, IL 60606

who has not yet filed an appearance in this case but has represented to the Court his substitution as counsel for Plaintiffs.

                                                                   /s/ David J. Stagman