IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AUTO UNDERWRITERS PORTFOLIO ACQUISITION COMPANY, INC., a Texas corporation; AUTO UNDERWRITERS FINANCE COMPANY, INC., a Texas corporation; AUTO UNDERWRITERS OF AMERICA, INC., a California corporation <br><br> Plaintiffs, <br><br> v. <br><br> AGM, LLC, a Delaware limited liability company. <br><br> Defendant. | No. 07 C 7160 <br><br> Honorable Judge David H. Coar <br><br> Magistrate Judge Susan E. Cox |

## MOTION FOR LEAVE TO SUBSTITUTE COUNSEL

Plaintiffs Auto Underwriters Portfolio Acquisition Company, Inc., Auto Underwriters Finance Company, Inc., and Auto Underwriters Of America, Inc., (collectively referred to as "Plaintiffs") respectfully move pursuant to Rule 83.17 of the Local Rules of the United States District Court for the Northern District of Illinois for leave for the following counsel to enter their appearances on behalf of Plaintiffs:

> Ian M. Sherman
> Dykema Gossett PLLC
> 10 S. Wacker Suite 2300
> Chicago, IL 60606
>
> Kathleen E. Surowiec
> Dykema Gossett PLLC
> 10 S. Wacker Suite 2300
> Chicago, IL 60606

in substitution for counsel of record Hans U. Stucki and Corey M. Perman of the law firm Epstein Becker & Green, P.C.  Mr. Ian Sherman is a member of the General Bar and Trial Bar of this Court. Plaintiffs further request that leave be granted to Hans Stucki and Corey Perman to withdraw their appearances for Plaintiffs, and in support, Plaintiffs state as follows:

1. This substitution has been requested by Plaintiffs; and

2. This motion will not cause any delay or prejudice to Defendant, AGM, LLC.

WHEREFORE, Plaintiffs Auto Underwriters Portfolio Acquisition Company, Inc., Auto Underwriters Finance Company, Inc., and Auto Underwriters Of America, Inc., respectfully request leave of Court to permit the substitution and withdrawal of the attorneys identified above.

Respectfully submitted,

**AUTO UNDERWRITERS PORTFOLIO ACQUISITION COMPANY, INC., AUTO UNDERWRITERS FINANCE COMPANY, INC., AND AUTO UNDERWRITERS OF AMERICA, INC.,**

s/ Ian Sherman
Ian M. Sherman (isherman@dykema.com)
Kathleen E. Surowiec (ksurowiec@dykema.com)
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
Phone: 312-876-1700
Fax:    312-627-2302

Respectfully submitted,

**AUTO UNDERWRITERS PORTFOLIO ACQUISITION COMPANY, INC., AUTO UNDERWRITERS FINANCE COMPANY, INC., AND AUTO UNDERWRITERS OF AMERICA, INC.,**

s/ Hans U. Stucki
Hans U. Stucki (hstucki@ebglaw.com)
Corey M. Perman (cperman@ebglaw.com)
EPSTEIN BECKER & GREEN, P.C.
150 N. Michigan Ave. 35th Floor
Chicago, Illinois 60601
Phone: 312-499-1400
Fax: 312-845-1998

Dated: April 18, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on **April 18, 2008,** I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel set forth below and all counsel of record:

>David J. Stagman Esq.
>Kattin Muchin Rosenman, LLP
>525 W. Monroe St.
>Suite 1900
>Chicago, IL 60661
>David.stagman@kattenlaw.com

                                                    _____s/Ian Sherman_____