# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| AUTO UNDERWRITERS PORTFOLIO ACQUISITION COMPANY, INC., a Texas corporation; AUTO UNDERWRITERS FINANCE COMPANY, INC., a Texas corporation; AUTO UNDERWRITERS OF AMERICA, INC., a California corporation<br><br>        Plaintiffs,<br><br>    v.<br><br>AGM, LLC, a Delaware limited liability company.<br><br>        Defendant. | No. 07 C 7160<br><br>Honorable Judge David H. Coar<br><br>Magistrate Judge Susan E. Cox |

## NOTICE OF MOTION

**TO:**   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on **Wednesday, April 23, 2008,** at **9:00 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Judge David H. Coar** or any judge sitting in his stead in **Room 1419** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois and shall present **MOTION FOR LEAVE TO SUBSTITUTE COUNSEL**, a copy of which is attached hereto**.**

Dated                                        Respectfully submitted,

**AUTO UNDERWRITERS PORTFOLIO ACQUISITION COMPANY, INC., AUTO UNDERWRITERS FINANCE COMPANY, INC., AND AUTO UNDERWRITERS OF AMERICA, INC.,**


s/ Ian Sherman
Ian M. Sherman (isherman@dykema.com)
Kathleen E. Surowiec (ksurowiec@dykema.com)
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
Phone: 312-876-1700
Fax:    312-627-2302


Respectfully submitted,

**AUTO UNDERWRITERS PORTFOLIO ACQUISITION COMPANY, INC., AUTO UNDERWRITERS FINANCE COMPANY, INC., AND AUTO UNDERWRITERS OF AMERICA, INC.,**


s/ Hans U. Stucki
Hans U. Stucki (hstucki@ebglaw.com)
Corey M. Perman (cperman@ebglaw.com)
EPSTEIN BECKER & GREEN, P.C.
150 N. Michigan Ave. 35th Floor
Chicago, Illinois 60601
Phone: 312-499-1400
Fax: 312-845-1998

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2008, I electronically filed the foregoing **MOTION FOR LEAVE TO SUBSTITUTE COUNSEL** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

**David Jeffrey Stagman**
Katten Muchin Rosenman LLP
525 West Monroe Street
Suite 1600
Chicago, IL 60661
(312) 902-5200
Email: david.stagman@kattenlaw.com

s/ Ian Sherman

CHICAGO\2441487.1
ID\CAM1