# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Auto Underwriters Portfolio Acquisition Company, Inc., et al.

Plaintiff,

v.

Case No.: 1:07−cv−07160

Honorable David H. Coar

AGM, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

MINUTE entry before Judge Honorable David H. Coar: MOTION by Plaintiffs Auto Underwriters Portfolio Acquisition Company, Inc., Auto Underwriters Finance Company, Inc., Auto Underwriters of America, Inc. to substitute attorney[31] is granted. Leave granted Ian M. Sherman and Kathleen E. Surowiec of Dykema GOssett PLLC to substitute and file (by 4/24/2008) appearances on behalf of the plaintiffs. Leave granted Hans U. Stucki and Corey M. Perman of the firm Epstein Becker & Green, PC to withdraw as attorney for the plaintiffs. Parties need not appear on the noticed motion date fo 4/23/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.