IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AUTO UNDERWRITERS PORTFOLIO ACQUISITION COMPANY, INC., a Texas corporation, AUTO UNDERWRITERS FINANCE COMPANY, INC., a Texas Corporation, AUTO UNDERWRITERS OF AMERICA, a California corporation, | ) ) ) ) ) ) ) | Case Number 07 C 7160 |
| Plaintiffs, | ) ) ) | **Honorable Judge David H. Coar** |
| v. | ) ) ) | **Magistrate Judge Susan E. Cox** |
| AGM, LLC, a Delaware limited liability company, | ) ) ) ) | |
| Defendant. | ) | |

### DECLARATION OF ROBERT

I, Robert            , being first duly sworn upon oath, depose and state as follows:

1. I am over 18 years of age and make this declaration based on my own personal knowledge, or on information and belief where specified. I could and would testify to the matters set forth below if called upon to do so.

2. I am an investor and limited partner in AGM, LLC, through the Robert          and                   Trust (the "Trust"), which I own jointly with my wife,           . The Trust is organized in California and all of my investments are made through, and held by, the Trust. The Trust was created in the 1980s and my wife and I are the executors of the Trust. The beneficiaries of the Trust are the survivor of my wife and me; the contingent beneficiaries of the Trust are my three children. My three children live in California in the Los Angeles area.

3. My wife is currently ill and cannot provide testimony at this time.

CONFIDENTIAL CAL001

4.  My residence is at                    , Calabasas, California 91302. I have lived there continuously with my wife since September 1977. This is my only residence and I own no homes other than this residence.

5.  I am currently retired and have been retired for approximately eleven years. Prior to my retirement, I worked for twenty years at                    , located in North Hollywood, California.                    is now known as                    .

6.  I am registered to vote in California and have been registered to vote in California since 1977. My wife and I have voted in almost every election in California since 1977.

7.  I have a California drivers license, License #                   . I have had a California drivers license since 1977. I do not have a drivers license from any other state.

8.  I own a 2005 Toyota Avalon, which is registered in California.

9.  My primary bank account, a checking account, is located at the Bank of America branch in Woodland Hills, California.

10. I currently pay income tax in California as a California resident. I have paid California income tax as a California resident since 1977. I occasionally pay nominal taxes (less than $100) as a non-resident in others states, arising from real estate investments through the Trust.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Robert

SUBSCRIBED and SWORN to before me this 9th day of May, 2008.

_____
Notary Public

NANETTE OVEJERA
Commission # 1617025
Notary Public - California
Los Angeles County
My Comm. Expires Nov 27, 2009

CONFIDENTIAL CAL002