IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AUTO UNDERWRITERS PORTFOLIO ACQUISITION COMPANY, INC., a Texas corporation, AUTO UNDERWRITERS FINANCE COMPANY, INC., a Texas Corporation, AUTO UNDERWRITERS OF AMERICA, a California corporation, | ) ) ) ) ) ) ) | Case Number 07 C 7160 |
| Plaintiffs, | ) ) ) | **Honorable Judge David H. Coar** |
| v. | ) ) | **Magistrate Judge Susan E. Cox** |
| AGM, LLC, a Delaware limited liability company, | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:  Ian M. Sherman, Esq.
     Dykema Gossett PLLC
     10 South Wacker Drive, Suite 2300
     Chicago, IL 60606

PLEASE TAKE NOTICE that on May 29, 2008, at 9:00 a.m., we shall appear before the Honorable David H. Coar, or any judge sitting in his stead in Room 1419 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and then and there present our *Renewed Motion to Dismiss For Lack Of Subject Matter Jurisdiction Pursuant To F.R.C.P. 12(b)(1)*, a copy of which is attached hereto and hereby served upon you.

DATED: May 19, 2008                    __/s/ David J. Stagman
                                       David J. Stagman
                                       I.D. # 6217440
                                       KATTEN MUCHIN ROSENMAN LLP
                                       525 W. Monroe Street, Suite 1900
                                       Chicago, Illinois 60661
                                       Telephone: 312-902-5200
                                       david.stagman@kattenlaw.com
                                       Attorney for Defendant AGM, LLC

## **CERTIFICATE OF SERVICE**

      I, David Stagman, an attorney, hereby certify that on May 19, 2008, I electronically filed the foregoing *Renewed Motion to Dismiss For Lack Of Subject Matter Jurisdiction Pursuant To F.R.C.P. 12(b)(1)*, Memorandum in Support and Notice thereof through the CM/ECF system for the United States District Court for the Northern District of Illinois, which will send a notice of electronic filing and serve the same on counsel of record below who are "Filing Users" within the meaning of the Court's General Order on Electronic Case Filing.

    Ian M. Sherman, Esq.
    Dykema Gossett PLLC
    10 South Wacker Drive
    Suite 2300
    Chicago, IL 60606

                                                               /s/ David J. Stagman