UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Auto Underwriters Portfolio Acquisition Company, Inc., et al.

Plaintiff,

v.

Case No.: 1:07−cv−07160

Honorable David H. Coar

AGM, LLC

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 23, 2008:

MINUTE entry before the Honorable David H. Coar: Set deadlines/hearing as to motion to dismiss[37] : Responses due by 6/16/2008; Replies due by 7/7/2008. Renewed MOTION by Defendant AGM, LLC to dismiss [37] is reset to 7/10/2008 at 9:00 a.m. Motion Hearing set for 7/10/2008 at 09:00 AM. Parties need not appear on the noticed motion date of 5/29/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.