**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AUTO UNDERWRITERS PORTFOLIO ACQUISITION COMPANY, INC., a Texas corporation; AUTO UNDERWRITERS FINANCE COMPANY, INC., a Texas corporation; AUTO UNDERWRITERS OF AMERICA, INC., a California corporation <br><br> Plaintiffs, <br><br> v. <br><br> AGM, LLC, a Delaware limited liability company. <br><br> Defendant. | No. 07 C 7160 <br><br> Honorable Judge David H. Coar <br><br> Magistrate Judge Susan E. Cox |

**NOTICE OF DISMISSAL**

Plaintiffs, Auto Underwriters Portfolio Acquisition Company, Inc., Auto Underwriters Finance Company, Inc., and Auto Underwriters Of America, Inc., (collectively referred to as "Plaintiffs" or "AU" ), by their attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(i), voluntarily dismiss the above-captioned action without prejudice.

Dated: June 16, 2008

                **AUTO UNDERWRITERS PORTFOLIO ACQUISITION COMPANY, INC., AUTO UNDERWRITERS FINANCE COMPANY, INC., AND AUTO UNDERWRITERS OF AMERICA, INC.,**

      By:    /s/ Kathleen E. Surowiec
                Ian M. Sherman (isherman@dykema.com)
                Kathleen E. Surowiec (ksurowiec@dykema.com)
                DYKEMA GOSSETT PLLC
                10 South Wacker Drive, Suite 2300
                Chicago, Illinois 60606
                Phone: 312-876-1700
                Fax:   312-627-2302

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2008, I electronically filed the foregoing Notice of Dismissal with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

**David Jeffrey Stagman**
Katten Muchin Rosenman LLP
525 West Monroe Street
Suite 1600
Chicago, IL 60661
(312) 902-5200
Email: david.stagman@kattenlaw.com

s/ Kathleen E. Surowiec

CHICAGO\2459249.1
ID\KESU